JAP:MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**12 M 629**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ALEXIS LESMES,

           Defendant.

C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960)

- - - - - - - - - - - - - - - - -X
EASTERN DISTRICT OF NEW YORK, SS:

    TAMIKA COMRIE, being duly sworn, deposes and states that she is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.

    Upon information and belief, on or about July 2, 2012, within the Eastern District of New York and elsewhere, defendant ALEXIS LESMES did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing heroin, a Schedule I controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

    The source of your deponent's information and the grounds for her belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause, I have not described all the relevant facts and circumstances of which I am aware.

1. On or about July 2, 2012, ALEXIS LESMES arrived at John F. Kennedy International Airport ("J.F.K. Airport") in Queens, New York, aboard Avianca ("AV") Flight No. 284 from Bogota, Colombia.

2. Defendant ALEXIS LESMES was selected for a Customs and Border Protection ("CBP") examination and presented a black "Totto" suitcase for inspection. The defendant stated in sum and substance that the bag and its contents belong to him. During the following inspection of the bag, the inspector noticed a foul-smelling odor and that the sides of the suitcase were usually thick. A probe of the sides of the suitcase revealed a powdery substance, which field-tested positive for the presence of heroin. Defendant ALEXIS LESMES was then placed under arrest.

3. The total approximate gross weight of the heroin found in defendant ALEXIS LESMES's suitcase is 1,051.6 grams.

WHEREFORE, your deponent respectfully requests that defendant ALEXIS LESMES be dealt with according to law.

TAMIKA COMRIE
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
3rd day of July, 2012

s/Orenstein

HONORABLE
UNITED                                JGE
EASTERN                               K